UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 13−31138
Chapter 13

Delvin L Bradley,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on July 31, 2017 at 10:00 AM

to consider and act upon the following:

*31* − Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 07/17/2017. (McKinney, Sabrina)

*32* − Objection to Trustee's Motion to Dismiss Case filed by Richard D. Shinbaum on behalf of Delvin L Bradley (RE: related document(s)31 Trustee's Motion to Dismiss Case). (Shinbaum, Richard)

Dated July 13, 2017

                                                                               Juan−Carlos Guerrero
                                                                               Clerk of Court

# CERTIFICATE OF NOTICE

District/off: 1127-2        User: blivingst         Page 1 of 1              Date Rcvd: Jul 13, 2017
                            Form ID: ntchrgBK       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.
db            #+Delvin L Bradley,    58 James Drive,    Millbrook, AL 36054-2858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Richard D. Shinbaum    on behalf of Debtor Delvin L Bradley rshinbaum@smclegal.com, scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 3